UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40224
  MARY A FLEMING
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-3266

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/29/04 and confirmed on 12/30/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  3539.35 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| 1ST CREDIT OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| BAY AREA CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| EQUIMED URGENT CARE | UNSECURED | NOT FILED | .00 | .00 |
| ESTELLE FLETCHER | UNSECURED | 562.75 | .00 | 562.75 |
| FACOG & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 420.97 | .00 | 420.97 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| LAWRENCE FRIEDMAN | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL CTR FOR DEN | UNSECURED | NOT FILED | .00 | .00 |
| ILLINI CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| NCT | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OSI COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS INC | FILED LATE | .00 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SERBAN LAW OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
JOLIET MEDICAL GROUP       UNSECURED      NOT FILED              .00              .00
TRS RECOVERY SERVICES      UNSECURED      NOT FILED              .00              .00
TRS RECOVERY SERVICES      UNSECURED      NOT FILED              .00              .00
TRS RECOVERY SERVICES      UNSECURED      NOT FILED              .00              .00
WILL COUNTY HEALTH DEPT    UNSECURED      NOT FILED              .00              .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT   210.00               .00           210.00
AMERICAN SUZUKI AUTOMOTI   SECURED             .00               .00              .00
```

Summary of disbursements:

--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 210.00 | 983.72 | .00 | 1193.72 |
| PRINCIPAL PAID | .00 | 210.00 | 983.72 | .00 | 1193.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 210.00 | 983.72 | .00 | 1193.72 |

The Debtor's attorney, ROBERT J ADAMS & ASSOC          , was allowed $   2200.00
and was paid $   2200.00 .

The Trustee received $    139.64 .

Refunds to the Debtor totaled $     5.99 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/15/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE